1152

No. 98–7124. HAUPT v. DRAVILLAS REAL ESTATE ET AL. Ct. App. D. C. Certiorari denied.

No. 98–7144. BRANCATO v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7146. CROWLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7148. BROWN v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98–7153. JOHNSON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–7154. KENDRICK v. CITY OF EUREKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7156. OMOSEFUNMI v. SERVICE PROCESSING CENTER ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–7165. BODDIE v. CARPENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–7169. CARR v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 98–7171. SAFOUANE ET UX. v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98–7172. RIGSBY v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–7173. STEWART v. CITY OF MESQUITE, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7174. JOHNSON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–7178. KIPP v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.